# Exhibit A

# JERRY BAKER BOOK BUYERS MASTERFILE Mailing List

JERRY BAKER offers a multitude of books that influences and inspires consumers seeking home-spun solutions for their gardens, their home, and their health that promise to save time, money and effort for superior results.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | COUNTS THROUGH 10/31/2021 | | POPULARITY: | ▬▬▬▬▬ 100 |
|---|---|---|---|---|---|
| 220,541 | TOTAL UNIVERSE / BASE RATE | | $110.00/M | MARKET: | CONSUMER |
| 144,229 | 12 MONTH BUYERS | | + $5.00/M | CHANNELS: | 📧 |
| 106,666 | 6 MONTH BUYERS | | + $7.50/M | SOURCE: | 96% DIRECT MAIL/2% PIP/ 2% SPACE ADS |
| 79,129 | 3 MONTH BUYERS | | + $15.00/M | | |
| 33,908 | 1 MONTH BUYERS | | + $20.00/M | PRIVACY: | UNKNOWN |
| | 12 MONTH ENHANCEMENTS SEE BELOW | | + $15.00/M | DMA?: | YES - MEMBER |
| | NON-AFFINITY CATALOGS | | $75.00/M | STATUS: | STANDARD PROVIDER |
| | MAGAZINE RATE | | $75.00/M | GEO: | USA |
| | FUNDRAISER RATE | | $75.00/M | GENDER: | 58% FEMALE 25% MALE |
| 1,680 | 24 MONTH SPANISH BOOK BUYERS | | | | |
| 5,438 | TOTAL SPANISH BOOK BUYERS | | | SPENDING: | $38.00 AVERAGE ORDER |

## DESCRIPTION

JERRY BAKER offers a multitude of books that influences and inspires consumers seeking home-spun solutions for their gardens, their home, and their health that promise to save time, money and effort for superior results.



Average age: 64

Book Titles:

**GARDEN**

ALL AMERICAN LAWNS
BACKYARD PROBLEM SOLVER
BIG BOOK OF GREAT GARDEN TIPS AND TONICS
BUG OFF
CRITTER CONTROL & PEST PREVENTION
DEAR GOD, PLEASE HELP IT GROW
FAST FIXES MIRACLE MIXES

### SELECTS

| | |
|---|---|
| $25+ BUYERS | $10.00/M |
| $50+ BUYERS | $15.00/M |
| 1 MONTH HOTLINE | $20.00/M |
| 12 MONTH HOTLINE | $5.00/M |
| 3 MONTH HOTLINE | $15.00/M |
| 6 MONTH HOTLINE | $7.50/M |
| BOOK TITLES | |
| GENDER/SEX | $9.00/M |
| INTEREST | $16.00/M |
| MULTI-BUYERS | $12.00/M |
| NEW TO FILE | $11.00/M |
| PAID | $11.00/M |
| PRODUCT | $12.00/M |
| SCF | $9.00/M |
| STATE | $9.00/M |
| ZIP | $9.00/M |

### ADDRESSING

| | |
|---|---|
| KEY CODING | $1.00/M |
| EMAIL | $60.00/F |
| FTP | $60.00/F |

### RELATED LISTS

- I-BEHAVIOR DATABASE
- PROFILE AMERICA POSTAL AND EMAIL MASTERFILE
- AMERILINK CONSUMER DATABASE
- ALLIANT DIRECT AUDIENCES - MASTERFILE
- PUBLISHERS CLEARING HOUSE MERCHANDISE BUYERS
- CAROL WRIGHT GIFTS CATALOG BUYERS